ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| DynCorp International LLC | ) ASBCA No. 61950 |
| | ) |
| Under Contract No. W52P1J-07-D-0007 | ) |

APPEARANCES FOR THE APPELLANT:   Holly A. Roth, Esq.
Elizabeth Leavy, Esq.
William T. Kirkwood, Esq.
 Reed Smith, LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
 DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Carson, CA

## ORDER OF DISMISSAL

The Board received DynCorp's December 30, 2020 Motion to Dismiss its Motion for Reconsideration in the subject appeal. The government does not object to the Motion to Dismiss. Accordingly the appeal is Dismissed with prejudice.

Dated: January 7, 2021

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61950, Appeal of DynCorp International LLC, rendered in conformance with the Board's Charter.

Dated:  January 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals